# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DIANA BLANCO (2)<br><br>        Defendant. | Case No. 21CR1501-W<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

X the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

X of the offenses as charged in the Information:

  8 U.S.C. 1324(a)(1)(A)(ii) – Transportation of Certain Aliens

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 8/9/21

                          Hon. THOMAS J. WHELAN
                          United States District Judge